IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CAJUN CONSTRUCTORS, INC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 06-902-A |
| | ) | |
| ECOPRODUCT SOLUTIONS, LP; | ) | |
| ECOPRODUCT SOLUTIONS, GP LLC | ) | |
| RICK BILLINGS; MIKE LARGEY; | ) | |
| PRIEST RIVER, LTD; YANDELL | ) | |
| ROGERS, JR; YANDELL ROGERS III | ) | |
| JOE SWINGLE; MATT WHITAKER; | | |
| JIM HUGHES; and SYNGENTA CROP | ) | |
| PROTECTION, INC. | ) | |
| Defendants. | ) | |

---

## AFFIDAVIT OF MIKE LARGEY
---

STATE OF LOUISIANA

PARISH OF ASCENSION

     Before me this day appeared Mike Largey, who after identifying himself to me did depose and state as follows:

     1.     My name is Mike Largey. I am of the full age of majority and competent to give oath. The matters contained herein are true and correct and within my personal knowledge.

     2.     I am a resident and domiciliary of Gonzales, Louisiana. I have no other residence or domicile.

3.	I am currently an employee of EcoProduct Solutions, LP. I am not a partner or member of EcoProduct Solutions, L.P. or any of its corporate siblings.

End of Affidavit.

*Mike Largey*

Sworn to and subscribed before me, the undersigned authority, this 2\_ day of March, 2007.

*Notary Public in and for the State of Louisiana*
021064 WPQ