

# State of Delaware
### The Official Website for the First State



Visit the Governor | General Assembly | Courts | Other Elected Officials | Federal, State & L

State Directory | Help | Search Delaware :    〔**go**〕    Citizen Services | Business Services | \

**Department of State: Division of Corporations**

**HOME**
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
General Information
Status
Validate Certificate

**INFORMATION**
Corporate Forms
Corporate Fees
UCC Forms and Fees
UCC Searches
Taxes
Expedited Services
Service of Process
Registered Agents
Get Corporate Status
Submitting a Request

Frequently Asked Questions   View Search Results

## Entity Details

### THIS IS NOT A STATEMENT OF GOOD STANDING

| | | | |
|---|---|---|---|
| File Number: | **2695101** | Incorporation Date / Formation Date: | **12/16/1996** (mm/dd/yyyy) |
| Entity Name: | **SYNGENTA CROP PROTECTION, INC.** | | |
| Entity Kind: | **CORPORATION** | Entity Type: | **GENERAL** |
| Residency: | **DOMESTIC** | State: | **DE** |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | **THE CORPORATION TRUST COMPANY** | | |
| Address: | **CORPORATION TRUST CENTER 1209 ORANGE STREET** | | |
| City: | **WILMINGTON** | County: | **NEW CASTLE** |
| State: | **DE** | Postal Code: | **19801** |
| Phone: | **(302)658-7581** | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ○ Status ○ Status,Tax & History Information  〔 Submit 〕

〔 Back to Entity Search 〕

To contact a Delaware Online Agent click here.

site map | about this site | contact us | translate | delaware.gov



EXHIBIT
"A"

# Delaware

PAGE 1

## The First State

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE DO HEREBY CERTIFY THAT THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF CONVERSION OF A LOUISIANA CORPORATION UNDER THE NAME OF "CAJUN CONSTRUCTORS, INC." TO A DELAWARE CORPORATION, FILED IN THIS OFFICE ON THE TWENTIETH DAY OF OCTOBER, A.D. 2006, AT 11 O'CLOCK A.M.

A FILED COPY OF THIS CERTIFICATE HAS BEEN FORWARDED TO THE NEW CASTLE COUNTY RECORDER OF DEEDS.



4238817  8100V

060966035

Harriet Smith Windsor
Harriet Smith Windsor, Secretary of State

AUTHENTICATION: 5134080

DATE: 10-20-06

# Delaware

*PAGE   2*

## The First State

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE DO HEREBY CERTIFY THAT THE ATTACHED IS A TRUE AND CORRECT COPY OF CERTIFICATE OF INCORPORATION OF "CAJUN CONSTRUCTORS, INC." FILED IN THIS OFFICE ON THE TWENTIETH DAY OF OCTOBER, A.D. 2006, AT 11 O'CLOCK A.M.

A FILED COPY OF THIS CERTIFICATE HAS BEEN FORWARDED TO THE NEW CASTLE COUNTY RECORDER OF DEEDS.

Harriet Smith Windsor, Secretary of State

4238817   8100V

060966035

*AUTHENTICATION: 5134080*

*DATE: 10-20-06*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

CAJUN CONSTRUCTORS, INC )
)
      Plaintiff, )
)
v. )    Case No. _____
)
ECOPRODUCT SOLUTIONS, LP; )
ECOPRODUCT SOLUTIONS, GP LLC )
RICK BILLINGS; MIKE LARGEY; )
PRIEST RIVER, LTD; YANDELL )
ROGERS, JR; YANDELL ROGERS III )
JOE SWINGLE; MATT WHITAKER; )
JIM HUGHES; and SYNGENTA CROP )
PROTECTION, INC. )
      Defendants. )

## NOTICE OF REMOVAL

    Defendants EcoProduct Solutions, L.P., Yandell Rogers, Jr. and Yandell Rogers III,("Defendants"), hereby remove this action to this Court pursuant to 28 U.S.C. §§ 1332 and 1441 and, in support thereof, states as follows:

    1.    On October 24, 2006, Defendant, Yandell Rogers III, was served with a copy of a Citation for Personal Service, and Plaintiff's Original Petition styled No. 64,383, *Cajun Constructors v. Ecoproduct Solutions, LP; Ecoproduct Solutions, GP, LLC; Rick Billings; Mike Largey; priest river, Ltd.; Yandell Rogers, Jr.; Yandell Rogers III; Joe Swingle; Matt Whitaker; Jim Hughes; and Syngenta Crop Protection, Inc.*, pending in the 18th Judicial District Court for Iberville, Parish, Louisiana. These documents were the initial pleadings served upon Yandell Rogers III setting forth



the claims upon which such action is based. A true and correct copy of the foregoing Service of Process Transmittal Form with attached Citation, and Plaintiff's Original Petition are attached hereto as Exhibit A and constitute all pleadings, process and other documents served upon Yandell Rogers III in this action.

     2.    On October 30, 2006, Defendant, Yandell Rogers Jr., was served with a copy of a Citation for Personal Service, and Plaintiff's Original Petition styled No. 64,383, *Cajun Constructors v. Ecoproduct Solutions, LP; Ecoproduct Solutions, GP, LLC; Rick Billings; Mike Largey; priest river, Ltd.; Yandell Rogers, Jr.; Yandell Rogers III; Joe Swingle; Matt Whitaker; Jim Hughes; and Syngenta Crop Protection, Inc.*, pending in the 18th Judicial District Court for Iberville, Parish, Louisiana. These documents were the initial pleadings served upon Yandell Rogers Jr. setting forth the claims upon which such action is based. A true and correct copy of the foregoing Service of Process Transmittal Form with attached Citation, and Plaintiff's Original Petition are attached hereto as Exhibit A and constitute all pleadings, process and other documents served upon Yandell Rogers, Jr. in this action.

     3.    On November 9, 2006, Defendant, EcoProduct Solutions L.P., was served with a copy of a Citation for Personal Service, and Plaintiff's Original Petition styled No. 64,383, *Cajun Constructors v. Ecoproduct Solutions, LP; Ecoproduct Solutions, GP, LLC; Rick Billings; Mike Largey; priest river, Ltd.; Yandell Rogers, Jr.; Yandell Rogers III; Joe Swingle; Matt Whitaker; Jim Hughes; and Syngenta Crop Protection, Inc.*, pending in the 18th Judicial District Court for Iberville, Parish, Louisiana. These documents were the initial pleadings served upon EcoProduct setting forth the claims upon which such action is based. A true and correct copy of the foregoing Service of

Process Transmittal Form with attached Citation, and Plaintiff's Original Petition are attached hereto as Exhibit A and constitute all pleadings, process and other documents served upon EcoProduct in this action.

    4.      This action is removable pursuant to 28 U.S.C. §§ 1332 and 1441(a).

    5.      Plaintiff is a resident and citizen of the state of Louisiana. (Plaintiff's Petition).

    6.      EcoProducts, LP is a Texas limited partnership with its principal place of business in Montgomery County, Texas. The Rogers Defendants are individuals residing in Houston, Texas. Syngenta Crop Protection, Inc., the only other defendant served to date, is a Delaware corporation with its principal place of business in Greensboro, North Carolina.

    7.      The unserved corporate defendants include: EcoProducts Solutions, GP, LLC, a Texas corporation, with its principal place of business in Montgomery County, Texas, and Priest River, Ltd., a Texas limited partnership, with its principal place of business in Montgomery County, Texas.

    8.      The remaining individual defendants, all of whom EcoProduct believes to have been fraudulently joined, are identified by Plaintiff as being domiciled in Houston, Texas.

    9.      Accordingly, there is complete diversity among the Plaintiff and defendants.

    10.    Plaintiff's Petition seeks damages of $1,406,758.54, well in excess of the requisite $75,000, exclusive of interests and costs. Plaintiff's Petition seeks enforcement of a statutory lien, and alleges breach of contract, fraudulent inducement, negligent misrepresentation, and unjust enrichment, and seeks actual damages for loss of earnings, humiliation, embarrassment, and injury to credibility.

11.     Defendants' Notice of Removal has been filed within thirty (30) days after the initial receipt by Yandell Rogers III of Plaintiff's Petition, in accordance with 28 U.S.C. §1446(b), and within thirty (30) days of service on Syngenta Crop Protection, which was accomplished on October 24, 2006.

12.     Counsel for Defendants have conferred with counsel for Syngenta Crop Protection, Inc., the only other defendant to have been served with process to date. Syngenta is not opposed to this removal.

13.     Venue is proper in this Court.

14.     Pursuant to 28 U.S.C. §1446(d), Defendants have given written notice of the removal of this action to all parties and have filed a copy of this Notice with the Clerk of the Court of the 18th Judicial District Court of Iberville, Parish, Louisiana.

**WHEREFORE**, EcoProduct Solutions, Ltd., Yandell Rogers III and Yandell Rogers, Jr. remove this action to the United States District Court for the Middle District of Louisiana.

Respectfully submitted,

Ann E. Webb
La. Bar No. 18491

ATTORNEY IN CHARGE FOR DEFENDANTS
YANDELL ROGERS JR. AND YANDELL ROGERS
III

OF COUNSEL:
William A. Gage, Jr.
Texas Bar No. 07566580
Buck, Keenan, Gage, Little & Lindley, L.L.P.

NOTICE OF REMOVAL                    4

700 Louisiana, Suite 5100
Houston, Texas 77002
(713) 225-4500
(713) 225-3719 (Fax)

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Notice of Removal was served on the following by certified mail, return receipt requested this 22nd day of November, 2006:

R. Gray Sexton
Law Offices of R. Gray Sexton
675 Bluebonnet Blvd., Suite C
Baton Rouge, LA 70810

Ann E. Webb

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

CAJUN CONSTRUCTORS, INC                )
                                       )
              Plaintiff,               )
                                       )
v.                                     )    Case No. _____
                                       )
ECOPRODUCT SOLUTIONS, LP;              )
ECOPRODUCT SOLUTIONS, GP LLC           )
RICK BILLINGS; MIKE LARGEY;            )
PRIEST RIVER, LTD; YANDELL             )
ROGERS, JR; YANDELL ROGERS III         )
JOE SWINGLE; MATT WHITAKER;            )
JIM HUGHES; and SYNGENTA CROP          )
PROTECTION, INC.                       )
              Defendants.              )

## EXHIBIT A

1.    **All executed process**

      Citations and Returns for Syngenta Crop Protection, Inc. and EcoProduct Solutions, GP, LLC
      are attached. As of the time of filing of this Removal, no other returns of service had been
      filed with the Iberville Parish Court.

2.    **All Pleadings and Orders**

      Petition to Enforce Lien and for Damages

3.    **List of All Counsel**

      Counsel for Plaintiff:

      R. Gray Sexton
      La. Bar No. 07531
      Law Offices of R. Gray Sexton

3675 Bluebonnet Blvd Suite C
Baton Rouge, LA 70810
225-767-2020
225-767-0845 (fax)

Counsel for Defendants Eco-Solutions, LP, Yandell Rogers, Jr. and Yandell Rogers III:

Ann E. Webb
La. Bar. No 18491
William A. Gage, Jr.
Buck, Keenan, Gage, Little & Lindley, LLP
700 Louisiana Suite 5100
Houston, TX 77002
713-225-4500
713-225-3719

4.    **Notice of Filing of Notice of Removal**

Attached

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

CAJUN CONSTRUCTORS, INC                )
                                       )
                 Plaintiff,            )
                                       )
v.                                     )       Case No. 06-902-A
                                       )
ECOPRODUCT SOLUTIONS, LP;              )
ECOPRODUCT SOLUTIONS, GP LLC           )
RICK BILLINGS; MIKE LARGEY;            )
PRIEST RIVER, LTD; YANDELL             )
ROGERS, JR; YANDELL ROGERS III         )
JOE SWINGLE; MATT WHITAKER;            )
JIM HUGHES; and SYNGENTA CROP          )
PROTECTION, INC.                       )
                 Defendants.           )

---

### AMENDED NOTICE OF REMOVAL

---

Defendants, EcoProduct Solutions, L.P., Yandell Rogers, Jr. and Yandell Rogers III,("Defendants"), having removed this action to this Court on November 27, 2006 pursuant to 28 U.S.C. §§ 1332 and 1441 submit, in response to this Court's request, this Amended Notice of Removal, as follows:

1.    On October 24, 2006, Defendant, Yandell Rogers III, was served with a copy of a Citation for Personal Service, and Plaintiff's Original Petition styled No. 64,383, *Cajun Constructors v. Ecoproduct Solutions, LP; Ecoproduct Solutions, GP, LLC; Rick Billings; Mike Largey; Priest River, Ltd.; Yandell Rogers, Jr.; Yandell Rogers III; Joe Swingle; Matt Whitaker; Jim Hughes; and*

EXHIBIT
"D"

AMENDED NOTICE OF REMOVAL.

*Syngenta Crop Protection, Inc.*, pending in the 18th Judicial District Court for Iberville, Parish, Louisiana. These documents were the initial pleadings served upon Yandell Rogers III setting forth the claims upon which such action is based.

      2.     On October 30, 2006, Defendant, Yandell Rogers, Jr., was served with a copy of a Citation for Personal Service, and Plaintiff's Original Petition styled No. 64,383, *Cajun Constructors v. Ecoproduct Solutions, LP; Ecoproduct Solutions, GP, LLC; Rick Billings; Mike Largey; Priest River, Ltd.; Yandell Rogers, Jr.; Yandell Rogers III; Joe Swingle; Matt Whitaker; Jim Hughes; and Syngenta Crop Protection, Inc.*, pending in the 18th Judicial District Court for Iberville, Parish, Louisiana. These documents were the initial pleadings served upon Yandell Rogers, Jr. setting forth the claims upon which such action is based.

      3.     On November 9, 2006, Defendant, EcoProduct Solutions, L.P., was served with a copy of a Citation for Personal Service, and Plaintiff's Original Petition styled No. 64,383, *Cajun Constructors v. Ecoproduct Solutions, LP; Ecoproduct Solutions, GP, LLC; Rick Billings; Mike Largey; Priest River, Ltd.; Yandell Rogers, Jr.; Yandell Rogers III; Joe Swingle; Matt Whitaker; Jim Hughes; and Syngenta Crop Protection, Inc.*, pending in the 18th Judicial District Court for Iberville, Parish, Louisiana. These documents were the initial pleadings served upon EcoProduct setting forth the claims upon which such action is based.

      4.     On November 27, 2006, Yandell Rogers III, Yandell Rogers, Jr., and EcoProduct Solutions, L.P. timely removed this matter to this Court.

5.    On February 14, 2007, this Court requested additional information relating to the citizenship of the parties.  In response to that request, Defendants submit this Amended Notice of Removal.

6.    Plaintiff is a resident and citizen of the state of Louisiana.  (Plaintiff's Petition).

7.    EcoProduct Solutions, LP is a Texas limited partnership with its principal place of business in Montgomery County, Texas.  Attached as Exhibit "A" is a list of all the partners of EcoProduct Solutions, LP, including their domicile.

8.    EcoProduct Solutions GP, LLC is a Texas limited liability company.  The members of EcoProduct Solutions GP, LLC are listed on the attached Exhibit "B."

9.    Yandell Rogers, III is an individual who is a citizen and resident of Houston, Texas.  Yandell Rogers, III is domiciled in Houston, Texas.

10.    Rick Billings is an individual who is a citizen and resident of Houston, Texas.  Rick Billings is domiciled in Houston, Texas.

11.    Yandell Rogers, Jr. is an individual who is a citizen and resident of Houston, Texas.  Yandell Rogers, Jr. is domiciled in Houston, Texas.

12.    Joe Swingle is an individual who is a citizen and resident of Houston, Texas.  Joe Swingle is domiciled in Houston, Texas.

13.    Matt Whitaker is an individual who is a citizen and resident of Houston, Texas.  Matt Whitaker is domiciled in Houston, Texas.

AMENDED NOTICE OF REMOVAL.                                3

14.    Jim Hughes is an individual who is a citizen and resident of Houston, Texas. Jim Hughes is domiciled in Houston, Texas.

15.    Syngenta Crop Protection, Inc. ("Syngenta"), is a Delaware corporation with its principal place of business in Greensboro, North Carolina.

16.    Priest River, Ltd., a Texas limited partnership, maintains its principal place of business in Montgomery County, Texas. The partners of Priest River are:

Megan Reprographics, Inc. (the General Partner) - a Texas Corporation

Kaniksu, L.L.C. - a Nevada limited liability company

   The sole member of Kaniksu, L.L.C. is:

      Yandell Rogers, Jr.

17.    The individual defendants, all of whom EcoProduct believes to have been fraudulently joined, are identified by Plaintiff as being domiciled in Texas. Other than Mike Largey, Plaintiff is correct that the individual defendants are domiciled in Texas. Mike Largey, however, is a resident and domiciliary of Louisiana. However, Largey is an employee of the company, not a partner, officer or director, and at all times has operated within the parameters of his employment. There is no theory under which Cajun Constructors can recover against him individually. *See Travis v. Irby*, 326 F.3d 644, 647 (5th Cir. 2003).

18.    Accordingly, there is complete diversity among the Plaintiff and defendants.

19.    Plaintiff's Petition seeks damages of $1,406,758.54, well in excess of the requisite $75,000, exclusive of interests and costs. Plaintiff's Petition seeks enforcement of a statutory lien,

and alleges breach of contract, fraudulent inducement, negligent misrepresentation, and unjust enrichment, and seeks actual damages for loss of earnings, humiliation, embarrassment, and injury to credibility.

20.     Defendants' Notice of Removal was filed within thirty (30) days after the initial receipt by Yandell Rogers III of Plaintiff's Petition, in accordance with 28 U.S.C. §1446(b), and within thirty (30) days of service on Syngenta Crop Protection, which was accomplished on October 24, 2006.

21.     Counsel for Defendants have conferred with counsel for Syngenta.  Syngenta is not opposed to this removal.

22.     Undersigned counsel represents the following named defendants, all of whom consent to removal of this action:

| | |
|---|---|
| Yandell Rogers, Jr. | Yandell Rogers III |
| EcoProduct Solutions, LP | Rick Billings |
| Mike Largey | Priest River, Ltd. |
| Joe Swingle | Matt Whitaker |
| Jim Hughes | EcoProduct Solutions, GP, L.L.C. |

23.     Venue is proper in this Court.

24.     Pursuant to 28 U.S.C. §1446(d), Defendants were given written notice of the removal of this action to all parties and have filed a copy of this Notice with the Clerk of the Court of the 18th Judicial District Court of Iberville, Parish, Louisiana.

**WHEREFORE**, EcoProduct Solutions, Ltd., Yandell Rogers III and Yandell Rogers, Jr.

request all such relief to which they are entitled.

Respectfully submitted,

/s/ Ann E. Webb
Ann E. Webb
La. Bar No. 18491

ATTORNEY IN CHARGE FOR DEFENDANTS

OF COUNSEL:
William A. Gage, Jr.
Texas Bar No. 07566580
Buck, Keenan, Gage, Little & Lindley, L.L.P.
700 Louisiana, Suite 5100
Houston, Texas 77002
(713) 225-4500
(713) 225-3719 (Fax)

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Notice of Removal was served on the following by ECF this 2nd day of March, 2007:

R. Gray Sexton
Michael David Dupree
Law Offices of R. Gray Sexton
675 Bluebonnet Blvd., Suite C
Baton Rouge, LA 70810
**Counsel for Cajun Constructors, Inc.**

Jim Dorè
Dean Cazenave
Amy deGeneres Berret
Robert Benn Vincent, Jr.
Kean Miller Hawthorne D'Armond McCowan & Jarman LLP
22nd Floor, One American Place
P.O. Box 3513
Baton Rouge, LA 70821
**Counsel for Syngenta Crop Protection, Inc.**

/s/ Ann E. Webb
Ann E. Webb

AMENDED NOTICE OF REMOVAL                     7

## ECOPRODUCT SOLUTIONS, LP

**I.    General Partner:    EcoProduct Solutions GP, L.L.C. - a Texas limited liability company**

The sole member of EcoProduct Solutions GP, LLC is **Lewiston Atlas, Ltd.**, a Texas Limited Partnership

| **Lewiston Atlas, Ltd. partners:** | 1) Lewiston, L.L.C. General Partner, a Texas Limited Liability Company, its sole member: Yandell Rogers, Jr., a Texas domiciliary |
|---|---|
| | 2) Yandell Rogers, Jr., a Texas domiciliary |
| | 3) Yandell Rogers, III, a Texas domiciliary |
| | 4) Laura Braun, a Texas domiciliary |
| | 5) Leslie Stanke, a Texas domiciliary |

**II.    Limited Partner: Lewiston Holdings, Ltd. - a Texas Limited Partnership**

| **Lewiston Holdings, Ltd. partners:** | 1) Lewiston Holdings GP, L.L.C., General Partner, a Texas limited liability company, its sole member: |
|---|---|
| | 2) **Lewiston Atlas, Ltd.** (See A) |

**III.    Limited Partner    PPI Chemical, L.P. - a Texas Limited Partnership**

| **PPI Chemical, L.P. partners:** | 1) PetroPro Offshore, Inc. (General Partner), a Texas corporation |
|---|---|
| | 2) **PetroPro Energy Partners, LP, a Texas limited partnership** |

| **PetroPro Energy Partners, L.P. partners :** | 1) PetroPro Exploration, Inc. (General Partner), a Texas corporation |
|---|---|
| | 2) HALJAN Management, LP - a Texas limited partnership.  Its partners are: |
| |    • Kurt Byth, a Texas domiciliary |
| |    • Jan Byth, a Texas domiciliary |
| |    • KDJSB, Inc., a Texas corporation |
| | 3) Brann Holdings, LP.  Its partners are: |
| |    • B. Randy Sullivan, a Texas domiciliary |
| |    • Ann Marie Sullivan, a Texas domiciliary |
| |    • Brams, Inc., a Texas corporation |
| | 4) Lagomar Ventures, LP.  Its partners are: |
| |    • Ronald Thomas, a Texas domiciliary |
| |    • Victoria Thomas, a Texas domiciliary |
| |    • Lagomar, Inc., a Texas corporation |

**EXHIBIT "A"** - 1

IV.    <u>**Limited Partner:**</u>  **Rick Billings, a Texas domiciliary**

V.    <u>**Limited Partner:**</u>  **Brann Holdings, L.P., a Texas L.P.**

**Brann Holdings, L.P. partners:**    1)  Lewiston Holdings GP, LLC (General Partner), a Texas limited liability company, its sole member: The Robert Brann Children's Trust - a Texas Trust

**ECOPRODUCT SOLUTIONS GP, L.L.C.**
**A TEXAS LIMITED LIABILITY COMPANY**

The sole member of EcoProduct Solutions GP, LLC is *Lewiston Atlas, Ltd.*, a Texas Limited Partnership

**Lewiston Atlas, Ltd. partners:**    1)  Lewiston, L.L.C. General Partner, a Texas Limited Liability Company, its sole member: Yandell Rogers, Jr., a Texas domiciliary

                                                    2)  Yandell Rogers, Jr., a Texas domiciliary

                                                    3)  Yandell Rogers III, a Texas domiciliary

                                                    4)  Laura Braun, a Texas domiciliary

                                                    5)  Leslie Stanke, a Texas domiciliary

**EXHIBIT "B"**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

CAJUN CONSTRUCTORS, INC          )
                                 )
          Plaintiff,             )
                                 )
v.                               )          Case No. 06-902-A
                                 )
ECOPRODUCT SOLUTIONS, LP;        )
ECOPRODUCT SOLUTIONS, GP LLC     )
RICK BILLINGS; MIKE LARGEY;      )
PRIEST RIVER, LTD; YANDELL       )
ROGERS, JR; YANDELL ROGERS III   )
JOE SWINGLE; MATT WHITAKER;      )
JIM HUGHES; and SYNGENTA CROP    )
PROTECTION, INC.                 )
          Defendants.            )

---

## AFFIDAVIT OF MIKE LARGEY

---

STATE OF LOUISIANA

PARISH OF ASCENSION

     Before me this day appeared Mike Largey, who after identifying himself to me did depose

and state as follows:

     1.    My name is Mike Largey. I am of the full age of majority and competent to give oath.

The matters contained herein are true and correct and within my personal knowledge.

     2.    I am a resident and domiciliary of Gonzales, Louisiana. I have no other residence or

domicile.

AFFIDAVIT OF MIKE LARGEY



3.    I am currently an employee of EcoProduct Solutions, LP.  I am not a partner or member of EcoProduct Solutions, L.P. or any of its corporate siblings.

End of Affidavit.

Mike Largey

Sworn to and subscribed before me, the undersigned authority, this 2/ day of March, 2007.

Notary Public in and for the State of Louisiana

O2-7064 WJPQ

## AFFIDAVIT OF KEN JACOB

**STATE OF LOUISIANA,**

**PARISH OF EAST BATON ROUGE,**

    **BE IT KNOWN** that on this _10_ day of _April_ _____ 2007,

    **BEFORE ME**, E. Todd Hebert, the undersigned Notary Public, in and for the Parish of

East Baton Rouge, State of Louisiana, personally came and appeared:

> **KEN JACOB**, a person of the full age of majority and resident of
> the Parish of East Baton Rouge, State of Louisiana, appearing
> herein in his capacity as President of Cajun Constructors, Inc.
> (hereinafter sometimes referred to as "Affiant")

who, after being duly sworn, did depose and state the following:

1.

    All of the sworn statements contained herein are made on affiant's personal information

or made on the basis of information reasonably available to affiant and on such information and

belief.

2.

    Affiant has been employed by Cajun Constructors, Inc. ("Cajun"), for twenty-eight (28)

years, nine (9) years of which have been as a President of Cajun.

3.

    Affiant, in his capacity as a President for Cajun is familiar with Cajun's infrastructure and

business operations.





4.

Affiant states that Cajun is a multi faceted performance-based contractor that provides construction services throughout Louisiana and the southern United States.

5.

Affiant states that Cajun's corporate headquarters are located at 15635 Airline Highway in Baton Rouge, Louisiana.

6.

Affiant states that Cajun's owner is domiciled in Baton Rouge, Louisiana.

7.

Affiant further states that all of the members of Cajun's Board of Directors are domiciled in Baton Rouge, Louisiana.

8.

Affiant states that the offices of Cajun's President, and substantially all of its Vice Presidents, Chief Executive Officers, Chief Administrative Officers and Chief Financial Officers are located in Baton Rouge, Louisiana.

9.

Affiant states that Cajun owns a multi million dollar facility located in Louisiana which houses its corporate offices.

10.

Affiant states that the majority of Cajun's employees and management personnel are domiciled in Louisiana.

11.

Affiant further states that Cajun's bonding, financing and accounting divisions are all located in and operated out of its Louisiana offices.

Further, the affiant saith not.

KEN JACOB

Taken, subscribed and sworn to before me, a Notary Public, in and for the Parish and State aforesaid, on this _____10+4_____ day of _____April_____, 2007, by Ken Jacob.

E. TODD HEBERT
(La. Bar No. 25412)
Notary Public

Page 3 of 3