UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

CAJUN CONSTRUCTORS, INC.                                              CIVIL ACTION

VERSUS

ECOPRODUCT SOLUTIONS, LP, ET AL                            NO. 06-902-JVP-CN

**ECO PRODUCT SOLUTIONS, L.P., ECOPRODUCT SOLUTIONS GP, L.L.C., RICK BILLINGS, MIKE LARGEY, PRIEST RIVER, LTD., YANDELL ROGERS, JR., YANDELL ROGERS III, JOE SWINGLE, MATT WHITAKER, AND JIM HUGHES'S SUBMISSION OF EVIDENCE IN SUPPORT OF RESPONSE TO MOTION TO REMAND**

Eco Product Solutions, L.P., EcoProduct Solutions GP, L.L.C., Rick Billings, Mike Largey, Priest River, Ltd., Yandell Rogers, Jr., Yandell Rogers III, Joe Swingle, Matt Whitaker, and Jim Hughes submit the following evidence in support of their Response to Motion to Remand:

**Exhibit A, affidavit of Rick Billings, dated January 19, 2007**

This Affidavit establishes that Mike Largey was not, and never has been a partner in EcoProduct Solutions, L.P., or in EcoProduct Solutions GP, L.L.C.

**Exhibit B, affidavit of Rick Billings, dated March 5, 2007**

This affidavit establishes that Mike Largey is an employee of EcoProduct Solutions, L.P. The attachments to this exhibit, organization charts for both EcoProduct Solutions, L.P. and EcoSolutions, GP, LLP, establish that Mike Largey has no ownership interest in either of these two companies.

**Exhibit C, affidavit of Mike Largey, dated March 26, 2007**

This affidavit establishes that Mike Largey is an employee of EcoProduct Solutions, L.P., and is not a partner in either EcoProduct Solutions, L.P. or EcoProduct Solutions, GP, LLP.

For the reasons recited in Response to Motion to Remand, Defendants, EcoProduct Solutions, LP; EcoProduct Solutions GP, LLC; Priest River, Ltd, Rick Billings, Yandell Rogers, Jr., Joe Swingle, Jim Hughes, Yandell Rogers III, Mike Largey and Matt Whitaker request this Court deny Plaintiff's Motion for Remand, and for all other relief to which they may show themselves entitled.

Respectfully submitted,

/s/ Ann E. Webb

Ann E. Webb
La. Bar No. 18491

***Attorney in Charge for Defendants, EcoProduct Solutions, LP; EcoProduct Solutions GP, LLC; Priest River, Ltd, Rick Billings, Yandell Rogers, Jr., Joe Swingle, Jim Hughes, Yandell Rogers III, Mike Largey and Matt Whitaker***

OF COUNSEL:

William A. Gage, Jr.
Texas State Bar No. 07566580
Jared G. LeBlanc
Texas State Bar No. 24046279
Buck, Keenan, Gage, Little & Lindley, L.L.P.
700 Louisiana, Suite 5100
Houston, Texas 77002
(713) 225-4500
(713) 225-3719 (Fax)

## CERTIFICATE OF SERVICE

 I certify that a true and correct copy of the foregoing pleading was served as follows on this 1st day of June 2007:

  R. Gray Sexton
  Law Offices of R. Gray Sexton
  675 Bluebonnet Blvd., Suite C
  Baton Rouge, LA 70810
  *Via the court electronic filing service*

  Jim Doré
  Robert Benn Vincent
  Kean Miller Hawthorne D'Armond McCowan & Jarman LLP
  22nd Floor, One American Place
  P. O. Box 3513
  Baton Rouge, LA 70821
  *Via the court electronic filing service*


          /s/ Ann E. Webb
          Ann E. Webb

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| CAJUN CONSTRUCTORS, INC., ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | |
| ) | Case No. 06-00918 |
| ECOPRODUCT SOLUTIONS, LP; ) | 06-902-JVP-CN |
| ECOPRODUCT SOLUTIONS, GP LLC ) | |
| RICK BILLINGS; MIKE LARGEY; ) | |
| PRIEST RIVER, LTD; YANDELL ) | |
| ROGERS, JR; YANDELL ROGERS III ) | |
| JOE SWINGLE; MATT WHITAKER; ) | |
| JIM HUGHES; and SYNGENTA CROP. ) | |
| PROTECTION, INC. ) | |
| ) | |
| *Defendants*. ) | |

## AFFIDAVIT OF RICK BILLINGS

THE STATE OF TEXAS §
§
COUNTY OF HARRIS §

Before me, the undersigned authority, personally appeared Rick Billings, known by me to be the person whose name is subscribed in this affidavit, who being by me first duly sworn, deposes and states as follows:

1. My name is Rick Billings. I am over twenty-one years of age, I have never been convicted of a felony, and I am competent to make this affidavit. All the facts stated herein are true, correct, and within my personal knowledge.

2. I am the Vice-President for Business Development of EcoProduct Solutions, L.P., and I am authorized to make this affidavit on their behalf.

3. EcoProduct Solutions, L.P. is a Texas limited partnership, organized under the laws of the State of Texas, and all of its officers and directors are located in that state.

EXHIBIT A

4. EcoProduct Solutions, L.P. has never agreed to form a partnership and to participate in profits in determined portions or agreed to share losses as well as profits with Priest River, Ltd.

5. EcoProduct Solutions, L.P. has never agreed to form a partnership and to participate in profits in determined portions or agreed to share losses as well as profits with Mike Largey. EcoProduct Solutions, L.P. has never given Mike Largey an interest in their property or stock.

6. I declare under the penalty of perjury that the foregoing is true and correct.

END OF AFFIDAVIT.

*Rick Billings*
Rick Billings, Vice-President for Business Devel't
EcoProduct Solutions, L.P.

This instrument was sworn to before me on this Jan. 19, 2007.

DEE ANN SCHOVAJSA
Notary Public, State of Texas
My Commission Expires
October 15, 2009

Notary Public in and for the State of Texas

2

Total P.03

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| CAJUN CONSTRUCTORS, INC )<br>)<br>Plaintiff,     )<br>)<br>)<br>)<br>)<br>ECOPRODUCT SOLUTIONS, LP;  )<br>ECOPRODUCT SOLUTIONS, GP LLC  )<br>RICK BILLINGS; MIKE LARGEY;  )<br>PRIEST RIVER, LTD; YANDELL  )<br>ROGERS, JR; YANDELL ROGERS III  )<br>JOE SWINGLE; MATT WHITAKER;  )<br>JIM HUGHES; and SYNGENTA CROP  )<br>PROTECTION, INC.      )<br>         Defendants.        ) | Case No. 06-902-A |

### AFFIDAVIT OF RICK BILLINGS

STATE OF TEXAS

COUNTY OF MONTGOMERY

Before me this day appeared Rick Billings, who after identifying himself to me did depose and state as follows:

1. My name is Rick Billings. I am of the full age of majority and competent to give oath. I am the Vice-President of Business Development for EcoProduct Solutions, L.P., and in that capacity have personal knowledge of the matters contained in this affidavit and its attachments. The statements contained herein are true and correct and within my personal knowledge.

2. Attached to this affidavit as Exhibit A is a true and correct representation of the corporate organization chart for EcoProduct Solutions, L.P.

AFFIDAVIT OF RICK BILLINGS

EXHIBIT B

3.  Attached to this affidavit as Exhibit B is a true and correct representation of the corporate organization chart for EcoProduct Solutions GP, L.L.C.

4.  Rick Billings has at all relevant times been an employee of EcoProduct Solutions.

5.  Mike Largey is currently an employee of EcoProduct Solutions.

6.  Joe Swingle has not ever been an employee of EcoProduct Solutions.

7.  Yandell Rogers, Jr. has not ever been an employee of EcoProduct Solutions.

8.  Yandell Rogers, III has not ever been an employee of EcoProduct Solutions.

9.  Matt Whitaker has not ever been an employee of EcoProduct Solutions.

10. Jim Hughes has not ever been an employee of EcoProduct Solutions.

11. Priest River is not the parent company of either EcoProduct Solutions, L.P. or EcoProduct Solutions GP, L.L.C.

End of Affidavit.

_____
Rick Billings

Sworn to and subscribed before me this 5th day of March, 2007.

_____
Notary Public in and for the State of Texas

DEE ANN SCHOVAJSA
Notary Public, State of Texas
My Commission Expires
October 18, 2009

# ECOPRODUCT SOLUTIONS, LP

**I.  General Partner:**    EcoProduct Solutions GP, L.L.C. - a Texas limited liability company

The sole member of EcoProduct Solutions GP, LLC is **Lewiston Atlas, Ltd.**, a Texas Limited Partnership

**Lewiston Atlas, Ltd. partners:**
1) Lewiston, L.L.C. General Partner, a Texas Limited Liability Company, its sole member: Yandell Rogers, Jr., a Texas domiciliary
2) Yandell Rogers, Jr., a Texas domiciliary
3) Yandell Rogers, III, a Texas domiciliary
4) Laura Braun, a Texas domiciliary
5) Leslie Stanke, a Texas domiciliary

**II.  Limited Partner:** **Lewiston Holdings, Ltd. - a Texas Limited Partnership**

**Lewiston Holdings, Ltd. partners:**
1) Lewiston Holdings GP, L.L.C., General Partner, a Texas limited liability company, its sole member:
2) **Lewiston Atlas, Ltd.** (See A)

**III.  Limited Partner**    PPI Chemical, L.P. - a Texas Limited Partnership

**PPI Chemical, L.P. partners:**
1) PetroPro Offshore, Inc. (General Partner), a Texas corporation
2) **PetroPro Energy Partners, LP, a Texas limited partnership**

**PetroPro Energy Partners, L.P. partners** :
1) PetroPro Exploration, Inc. (General Partner), a Texas corporation
2) HALJAN Management, LP - a Texas limited partnership.  Its partners are:
   - Kurt Byth, a Texas domiciliary
   - Jan Byth, a Texas domiciliary
   - KDJSB, Inc., a Texas corporation
3) Brann Holdings, LP.  Its partners are:
   - B. Randy Sullivan, a Texas domiciliary
   - Ann Marie Sullivan, a Texas domiciliary
   - Brams, Inc., a Texas corporation
4) Lagomar Ventures, LP.  Its partners are:
   - Ronald Thomas, a Texas domiciliary
   - Victoria Thomas, a Texas domiciliary
   - Lagomar, Inc., a Texas corporation

**EXHIBIT "1-A"**

**IV.** **Limited Partner:** Rick Billings, a Texas domiciliary

**V.** **Limited Partner:** Brann Holdings, L.P., a Texas L.P.

**Brann Holdings, L.P. partners**:     1) Lewiston Holdings GP, LLC (General Partner), a Texas limited liability company, its sole member: The Robert Brann Children's Trust - a Texas Trust

**EXHIBIT "1-A"**

## ECOPRODUCT SOLUTIONS GP, L.L.C.
### A TEXAS LIMITED LIABILITY COMPANY

The sole member of EcoProduct Solutions GP, LLC is ***Lewiston Atlas, Ltd.***, a Texas Limited Partnership

**Lewiston Atlas, Ltd. partners:**

1) Lewiston, L.L.C. General Partner, a Texas Limited Liability Company, its sole member: Yandell Rogers, Jr., a Texas domiciliary
2) Yandell Rogers, Jr., a Texas domiciliary
3) Yandell Rogers III, a Texas domiciliary
4) Laura Braun, a Texas domiciliary
5) Leslie Stanke, a Texas domiciliary

**EXHIBIT "1-B"**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CAJUN CONSTRUCTORS, INC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 06-902-A |
| | ) | |
| ECOPRODUCT SOLUTIONS, LP; | ) | |
| ECOPRODUCT SOLUTIONS, GP LLC | ) | |
| RICK BILLINGS; MIKE LARGEY; | ) | |
| PRIEST RIVER, LTD; YANDELL | ) | |
| ROGERS, JR; YANDELL ROGERS III | ) | |
| JOE SWINGLE; MATT WHITAKER; | | |
| JIM HUGHES; and SYNGENTA CROP | ) | |
| PROTECTION, INC. | ) | |
| Defendants. | ) | |

---

## AFFIDAVIT OF MIKE LARGEY
---

STATE OF LOUISIANA

PARISH OF ASCENSION

Before me this day appeared Mike Largey, who after identifying himself to me did depose and state as follows:

1.  My name is Mike Largey. I am of the full age of majority and competent to give oath. The matters contained herein are true and correct and within my personal knowledge.

2.  I am a resident and domiciliary of Gonzales, Louisiana. I have no other residence or domicile.

EXHIBIT C

3. I am currently an employee of EcoProduct Solutions, LP. I am not a partner or member of EcoProduct Solutions, L.P. or any of its corporate siblings.

End of Affidavit.

*Mike Largey* (signature)

Sworn to and subscribed before me, the undersigned authority, this 2⁄ day of March, 2007.

*[signature]*
Notary Public in and for the State of Louisiana
021064 WPQ