UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CAJUN CONSTRUCTORS, INC.

VERSUS    CIVIL ACTION

ECOPRODUCT SOLUTIONS, LP, ET AL    NO. 06-902-A

## ORDER OF REMAND

For written reasons assigned and filed herein June 20, 2007 (doc. 58);

**IT IS ORDERED** that this civil action be, and it is hereby **REMANDED** to the 18th Judicial District Court, Parish of Iberville, State of Louisiana.

Baton Rouge, Louisiana, June 21, 2007.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

Certified copy to 18th JDC